## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERNDISTRICT OF MISSISSIPPI

RE:   *CHRISTINE HUGGINS*                                    CASE NO. 17-13171
      **DEBTOR**                                              CHAPTER 13

### MOTION TO SUSPEND PLAN PAYMENTS

**Comes now,** the above named Debtor and file this Motion to Suspend her Chapter 13 Plan Payments for 30 (thirty) days commencing November 1, 2018 showing the court as follows:

1. That Debtor filed her Chapter 13 on August 25, 2017.

2. Debtor would show that she has currently been laid off work but is actively seeking employment. Debtor would show that she does not have enough money to cover her payments and all her other living expenses.

3. Debtor would further request that any current delinquency be amortized over the remaining life of the Plan.

4. There are no mortgage payments being paid through the Plan.

5. That all funds, if any, paid in during the suspension period be returned to Debtor.

Wherefore, the Debtor respectfully request that she be given a suspension for 30 (thirty) days commencing November 1, 2018.

**Respectfully submitted,**
*CHRISTINE HUGGINS*

BY:*/s/William C. Cunningham*
**WILLIAM C. CUNNINGHAM**
**Attorney for Debtor**
**P.O. Box 624**
**Columbus, MS  39703**
**Phone: (662) 329-2455**
**MSB# 7964**

# **CERTIFICATE OF SERVICE**

  I, **WILIAM C. CUNNINGHAM**, Attorney for the Debtor, do hereby certify that I have this day mailed, by United States mail, postage prepaid, or sent via the Court's ECF system by electronic mail, a true and correct copy of the above and foregoing Motion to Suspend Chapter 13 Plan Payments to the following:

**Chapter 13 Trustee Terre Vardaman – VARDMAN13ECF@gmail.com**
**The Office of the U.S. Trustee – USTRegion.05.AB.ECF@usdoj.gov**
**And the Attached List of Creditors.**

  **SO CERTIFIED**: October 30, 2018

                */s/William C. Cunningham*
                **WILLIAM C. CUNNINGHAM**
                **Attorney for Debtor**

**WILLIAM C. CUNNINGHAM**
**ATTORNEY AT LAW**
817 2nd Ave. North
Post Office Box 624
Columbus, MS 39703
(662) 329-2455
MS Bar No: 7964