```
Label Matrix for local noticing          4-County Electric                        Alliance Collection Serv.
0537-1                                   P.O. Box 351                             600 W. Main St.
Case 17-13171-JDW                        Columbus, MS 39703-0351                  Suite A
Northern District of Mississippi                                                  Tupelo, MS 38804-3733
Aberdeen
Fri Sep  8 09:13:45 CDT 2017

Altair OH XIII, LLC                      Atlas Acquisitions, LLC.                 Babers Leasing
c/o Weinstein, Pinson and Riley, PS      294 Union Street                         1928 Military Road
2001 Western Avenue, Suite 400           Hackensack, NJ 07601-4303                Columbus, MS 39701-3641
Seattle, WA 98121-3132


(p)BANCORPSOUTH                          CMRE Financial Services                  (p)CREDIT ACCEPTANCE CORPORATION
BANKRUPTCY DEPARTMENT                    3075 E. Imperial Hwy #200                25505 WEST 12 MILE ROAD
P O BOX 4360                             Brea, CA 92821-6753                      SOUTHFIELD MI 48034-8316
TUPELO MS 38803-4360


Cash Net USA                             Cerastes, LLC                            Check Into Cash
175 West Jackson Boulevard               2001 Western Avenue                      2240 Rabbit Dr
Suite 1000                               Suite 43                                 Suite 800
Chicago, IL 60604-2863                   Seattle, WA 98121-2163                   Tupelo, MS 38801-3164


(c)CLAY COUNTY MEDICAL CENTER            Credit Acceptance                        William C. Cunningham
150 MEDICAL CENTER DR                    P.O. Box 513                             P.O. Box 624
WEST POINT MS   39773-0428               Southfield, MI 48037-0513                Columbus, MS 39703-0624


DHS Digestive Health Specialist          Enhanced Recovery Corporation            Express Cash
589 Garfield Street                      8014 Bayberry Rd                         672 N. Jackson St.
Tupelo, MS 38801-6301                    Jacksonville, FL 32256-7412              Houston, MS 38851-1613


Franklin Collection Service              Harbor Financial of Houston              Heritage OB GYN
P.O. Box 3910                            229 North Jackson Street                 P.O. Box 1611
Tupelo, MS 38803-3910                    Houston, MS 38851-2214                   Tupelo, MS 38802-1611


Houston Check Cashiers                   Christine Bowens Huggins                 Jefferson Capital Systems, LLC
686 N. Jackson St.                       429 East Hamilton Street                 P.O. Box 23051
Houston, MS 38851-1613                   Houston, MS 38851-1906                   Saint Cloud, MN 56303


MSCB                                     Midland Funding                          North MS Medical Clinic
P.O. Box 1567                            MCM Dept. 12421                          P.O. Box 4300
Paris, TN 38242-1567                     P.O. Box 603                             Tupelo, MS 38803-4300
                                         Oaks, PA 19456-0603


North Ms Medical Center                  Okolona Family Medical Clinic            Patient Account Services
830 Gloster St                           521 West Drive                           1300 Riverplace Blvd
Tupelo, MS 38801-4996                    Okolona, MS 38860-1625                   Suite 300
                                                                                  Jacksonville, FL 32207-9018
```

| | | |
|---|---|---|
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC<br>P.O. Box 788<br>Kirkland, WA 98083-0788 | R & R Finance<br>345 Hwy 6 West<br>Batesville, MS 38606-2558 |
| Resurgent Capital Services<br>P.O. Box 129<br>Thorofare, NJ 08086-0129 | Revenue Recovery Corporation<br>6207 Summer Avenue<br>P.O. Box 341308<br>Memphis, TN 38184-1308 | TRS Recovery Serivces<br>P.O. Box 4812<br>Houston, TX 77210-4812 |
| Trace Family Health & IM Clinic<br>1002 East Madison<br>Houston, MS 38851-2428 | Tupelo Service Finance<br>1040 Cliff Gookin Blvd, Suite 1<br>P.O. Box 1791<br>Tupelo, MS 38802-1791 | U. S. Trustee<br>501 East Court Street, Suite 6-430<br>Jackson, MS 39201-5022 |
| Terre M. Vardaman<br>P. O. Box 1326<br>Brandon, MS 39043-1326 | WWC Finance<br>P.O. Box 567<br>Houston, MS 38851-0567 | Weinstein, Pinson, & Riley<br>2001 Western Avenue<br>Suite 400<br>Seattle, WA 98121-3132 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bancorp South<br>P.O. Box 789<br>Tupelo, MS 38802-0749 | CREDIT ACCEPTANCE<br>25505 WEST 12 MILE RD<br>SOUTHFIELD, MI 48034 | Portfolio Recovery Associates, LLC<br>Post Office Box 12914<br>Norfolk, VA 23541-2914 |

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

| | |
|---|---|
| Clay County Medical Center<br>835 Medical Center Dr<br>West Point, MS 39773 | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients     0<br>Total                  41 |